Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ALEXANDER, | Case No.  09-CV-02119-JAM-JFM |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, GRETA ALEXANDER, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on July 31, 2009.  NCO filed its responsive pleading on September 2, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice. The court is to retain jurisdiction for purposes of enforcement of the settlement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 12/01/09			SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

		/s/Debbie P. Kirkpatrick
		Debbie P. Kirkpatrick,
		Attorney for Defendant,
		NCO Financial Systems, Inc.

Dated: 12/01/09			KROHN & MOSS, LTD.

		/s/ Ryan Lee
		Ryan Lee
		Attorney for Plaintiff,
		Greta Alexander

IT IS SO ORDERED.

Dated:			_____
		Hon. John A. Mendez.
		United States District Judge