Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA ALEXANDER,<br><br>         Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>         Defendant. | Case No.  09-CV-02119-JAM-JFM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, GRETA ALEXANDER, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on July 31, 2009.  NCO filed its responsive pleading on September 2, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice. The court is to retain jurisdiction for purposes of enforcement of the settlement.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 12/01/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 12/01/09         KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff,
Greta Alexander

IT IS SO ORDERED.

Dated: 12/01/2009       /s/ John A. Mendez_____
Hon. John A. Mendez.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com